UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Francisco Ortega,

                         Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 17 ( ) ( )

Defendant __Francisco Ortega__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

___Francisco Ortega by Louis V. Fasulo, Esq.___
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Francisco Ortega__
Print Defendant's Name

_/s/ Louis V. Fasulo_
Defendant's Counsel's Signature

__Louis V. Fasulo__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__May 7, 2021__
Date

_/s/ Katherine Polk Failla_
U.S. District Judge/U.S. Magistrate Judge