

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com



July 21, 2022

Hon. Katherine P. Failla
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    United States v. Haxhaj, et. al (Francisco Ortega)
       Case No.: 21 Cr. 17 (KPF)

Dear Judge Failla,

    I was assigned to represent Francisco Ortega in the above referenced matter. Due to a scheduling conflict which may delay my ability to appear in court today, I respectfully request that my associate Michael Giordano stand-in on my behalf during today's court appearance.

    Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

    Respectfully submitted,

    s/Louis V. Fasulo
    Louis V. Fasulo
    Fasulo Braverman & Di Maggio, LLP
    225 Broadway, Suite 715
    New York, New York 10007
    Tel. 212-566-6213

225 Broadway, Suite 715　　505 Eighth Avenue, Suite 300　　1086 Teaneck Rd, Ste 3A
New York, New York 10007　　New York, New York 10018　　Teaneck, New Jersey 07666
Tel (212) 566-6213　　Tel (212) 967-0352　　Tel (201) 569-1595
Fax (212) 566-8165　　Fax (201) 596-2724　　Fax (201) 596-2724

Application GRANTED. The Clerk of Court is directed to terminate the pending motion at docket number 108.

Dated:     July 21, 2022     SO ORDERED.
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE