

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

July 14, 2023

Hon. Katherine Polk Failla
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   U.S. v. Haxhaj, et al., (Francisco Ortega)
      Case No.: 21 Cr. 17 (KPF)

Dear Judge Failla,

    I was assigned, pursuant to the Criminal Justice Act, to represent Francisco Ortega in the above referenced matter. I write to respectfully request appointment of Joshua Lax and Michael Giordano as associate counsels in this case, *nunc pro tunc* to 3/25/2021. The associates would continue to assist me with communicating with the client, reviewing discovery in this case, drafting legal submissions, and prepping for trial. I further request that the associate counsels be compensated at the CJA presumptive rate of $110/hour.

    I thank the Court for its consideration.

                                Respectfully submitted,

                                s/Louis V. Fasulo
                                Louis V. Fasulo
                                Fasulo Giordano & Dimaggio, LLP.
                                225 Broadway, Suite 715
                                New York, New York 10007
                                Tel: (212) 566 6213
                                Email: LFasulo@FGDMLaw.com

Application GRANTED.  The Court hereby ORDERS the appointment of Joshua Lax and Michael Giordano as associate CJA counsel to Defendant Francisco Ortega at a rate of $110.00 per hour.

The Clerk of Court is directed to terminate the pending motion at docket number 191.

Dated:    July 17, 2023          SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE