UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>FRANCISCO ORTEGA,<br><br>Defendant. | 21 Cr. 17-5 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 22, 2025, the Court received Mr. Ortega's *pro se* motion for a sentence reduction. (Dkt. #354). The Government is hereby ordered to file any opposition to the motion on or before **June 13, 2025**, and to mail a copy of this opposition to Mr. Ortega. Thereafter, Mr. Ortega shall file any reply to the Government's opposition on or before **June 30, 2025**.

The Clerk of Court is directed to mail a copy of this Order to Mr. Ortega at the following address: Francisco Ortega, No. 25308-509, Federal Satellite Low Elkton, P.O. Box 10, Lisbon, Ohio 44432.

SO ORDERED.

Dated: May 23, 2025
       New York, New York

                                                    _____
                                                       KATHERINE POLK FAILLA
                                                       United States District Judge